PROB 12B

# United States District Court
## for the
## Western District of Tennessee
### Request for Modifying the Conditions or Term of Supervision

Name of Offender:  Troy Edward Colvert      Docket No. 2:18CR20062-001

Name of Sentencing Judicial Officer:  The Honorable John T. Fowlkes, Jr., U.S. District Judge

Date of Original Sentence:  06/14/2018      Type of Supervision:  Supervised Release

Original Offense:  Bank Fraud      Date Supervision Commenced:  09/27/2019

Original Sentence:  Imprisonment: 15 months; TSR: 5 years      Date Supervision Expires:  09/26/2024

## PETITIONING THE COURT

☐ To extend the term of supervision for __ years, for a total term of __ years.

☒ To modify the conditions of supervision as follows: **The defendant shall submit his person, and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search at any time, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be searched pursuant to this condition.**

## CAUSE

The defendant is currently being supervised in the Western District of Missouri by U.S. Probation Officer Danielle Staats. Due to his instant offense, USPO Staats requested that the above-listed condition be added to the defendant's special conditions. The defendant has expressed his willingness to commit to the additional special condition as indicated by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release.

Respectfully submitted,

s/Summer A. Dunnam
U.S. Probation Officer Assistant

Approved:
s/Freddie McMaster II     November 2, 2021
Supervising U.S. Probation Officer    Date

---

**THE COURT ORDERS:**

☐ No Action.
☐ The extension of supervision as noted above.
☒ The modification of conditions as noted above.
☐ Other

*s/John T. Fowlkes, Jr.*
_____
Signature of Judicial Officer

Date: November 9, 2021